IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 697                                    PLAINTIFF

VS.                                                                                      NO. 09-cv-419-ECR-RAM

INTERNATIONAL GAME TECHNOLOGY                                  DEFENDANT

CORRECTED MOTION TO VACATE PROTECTIVE ORDER

COMES NOW Premier Entertainment Biloxi, LLC, a non-party Respondent, and moves the Court to vacate the protective order previously entered by the Court in this cause on June 3, 2011, and in support thereof would show unto the Court as follows:

1.

In response to a subpoena issued by Plaintiffs' counsel to Premier Entertainment Biloxi, LLC with a return date of June 6, 2011, this Respondent filed a Motion for Protective Order. On June 2, 2011, Premier Entertainment Biloxi, LLC left a message for Plaintiffs' counsel regarding a subpoena Plaintiffs served with a response date of June 6, 2011. Because Plaintiffs' counsel was out of the office at the time of the message and was not able to return Premier counsel's call until June 6, 2011, Premier filed its motion (Dkt. No. 87) with the Court as a precautionary measure due to time constraints.

2.

On June 6, 2011, discussions regarding the scope and substance of the materials and data sought by the subpoena were had between Plaintiff counsel and the Respondent. As a result of those discussions, agreements were reached to the satisfaction of the Respondent and Plaintiff

counsel. Those agreements resolve all issues raised by the Respondent in its Motion for Protective Order.

WHEREFORE, PREMISES CONSIDERED, the Respondent, Premier Entertainment Biloxi, LLC, and Plaintiff counsel would request that the Court withdraw or vacate its Minute Order dated June 3, 2011 and excuse the Respondent and Plaintiff from attendance at the hearing on this matter, currently scheduled for June 22, 2011 at 9:00 a.m.

This, the 7th day of June, 2011.

                                      Respectfully submitted,

                                      PREMIER ENTERTAINMENT BILOXI, LLC

                    BY:    COPELAND, COOK, TAYLOR & BUSH, P.A.

                    BY:    *s/ David W. Stewart*
                            DAVID W. STEWART, MSB No. 9040

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ June 13, 2011 _____

## CERTIFICATE

      I, David W. Stewart, of the law firm of Copeland, Cook, Taylor & Bush, P.A., do hereby certify that I have this date electronically filed the foregoing ***Corrected Motion to Vacate Protective Order*** with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      So certified, this the 7th day of June, 2011.

      *s/ David W. Stewart*
      DAVID W. STEWART
      Mississippi Bar No. 9040

David W. Stewart dstewart@cctb.com
COPELAND, COOK, TAYLOR & BUSH, P.A.
Post Office Box 10
Gulfport, MS 39502
(228) 863-6101
(228) 863-1884 (fax)