THE O'MARA LAW FIRM, P.C.
WILLIAM O. O'MARA (Nevada Bar No. 837)
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV  89501
Telephone:  775/323-1321
775/323-4082 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
ARTHUR C. LEAHY
BRIAN O. O'MARA (Nevada Bar No. 8214)
MATTHEW I. ALPERT
PHONG L. TRAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 697 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>  vs.<br><br>INTERNATIONAL GAME TECHNOLOGY, et al.,<br><br>                        Defendants. | No. 3:09-cv-00419-ECR-WGC<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DOCUMENTS FILED IN CONNECTION WITH PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION |

658810_1

This cause has come before the Court upon Plaintiffs' Administrative Motion to Seal Portions of Documents Filed in Connection with Plaintiffs' Reply in Support of Their Motion for Class Certification ("Administrative Motion"). The Court, having reviewed the submissions and finding good reason to seal the information, hereby ORDERS, ADJUDGES and DECREES that;

Plaintiffs' Administrative Motion is GRANTED, as good cause exists to support the sealing of the specified portions of the following filings:

1. Selected portions of pages 6-7 of Plaintiffs' Reply in Support of Their Motion for Class Certification; and

2. Excerpts from the deposition transcripts of David A. Soderquist and Thomas G. Pryce, attached as Exhibits 1 and 2 to the Declaration of Brian O. O'Mara in Support of Plaintiffs' Reply in Support of Their Motion for Class Certification.

IT IS SO ORDERED.

DATED: October 19, 2011

_____
THE HONORABLE EDWARD C. REED, JR.
UNITED STATES DISTRICT JUDGE

- 1 -

658810_1