1

2

3

4                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
5                            **RENO, NEVADA**

6

7
   INTERNATIONAL BROTHERHOOD OF          )       3:09-CV-419-ECR-RAM
8  ELECTRICAL WORKERS LOCAL 697          )
   PENSION FUND, Individually and On     )
9  Behalf of All Others Similarly        )
   Situated,                             )       **Order**
10                                        )
            Plaintiff,                    )
11                                        )
   vs.                                    )
12                                        )
   INTERNATIONAL GAME TECHNOLOGY,        )
13 et al.,                               )
                                          )
14          Defendants.                   )
                                          )
15

16      Plaintiffs' Motion to Certify Class (#84) is **DENIED** as moot.

17 The Class will be certified as set forth in the Stipulation of

18 Settlement (#141) filed by the parties on March 29, 2012 in our

19 order preliminarily approving the settlement.

20

21

22 DATED: March  **30** , 2012.

23

24                                    _____
                                      UNITED STATES DISTRICT JUDGE
25

26

27

28