UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| INTERNATION BROTHERHOOD OF ELECTRICAL WORKS LOCAL 697 PENSION FUND, | Case No. 3:09-cv-00419-MMD-WGC |
|---|---|
| Plaintiff-Appellee, | Ninth Circuit Court of Appeals No. 12-17602 |
| IDAN KIDEYS, | ORDER |
| Objector - Appellant | (Motion for Summary Judgment – dkt. no. 188; |
| v. | Mtn for Order in aid of execution of default judgment - dkt. no. 194) |
| INTERNATIONAL GAME TECHNOLOGY, et al. | |
| Defendants-Appellees. | |

This Order disposes of two frivolous motions filed by George May: motion for summary judgment (dkt. no. 188) and motion for an order in aid of execution of default judgment (dkt. no. 194). On October 19, 2012, the Court denied George May's Motion to Intervene and Motion for Entry of Default. Dkt. no. 176. Yet, several months later, May filed a motion for summary judgment, purportedly seeking default judgment. May's recent motion for an order in aid of execution essentially seeks the same relief. In this motion, May falsely represents that (1) the Court entered default judgment on August 29, 2012, and (2) his motion for summary judgment was unopposed. The Court denied his motion for default judgment (*see* dkt. no. 176); and defendant's opposed May's motion (dkt. no. 189). May is not a party and cannot seek judgment in his favor. More

importantly, default judgment was denied so May cannot seek to enforce a non-existent judgment.

The Court issued the Final Judgment and Order of Dismissal with Prejudice on October 22, 2012, and the Order on Mandate on April 11, 2013. (Dkt. nos. 181 and 193.) This case is closed.

IT IS THEREFORE ORDERED that George May's motion for summary judgment (dkt. no. 188) and motion for an order in aid of execution of default judgment (dkt. no. 194) are DENIED.

IT IS FURTHER ORDERED that George May is precluded from filing any more papers in this case. Any motion filed by May will be automatically denied and Defendant is not required to respond.

DATED THIS 30th day of May 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE