UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INTERNATION BROTHERHOOD OF ELECTRICAL WORKS LOCAL 697 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY, et al.<br><br>Defendants. | Case No.  3:09-cv-00419-MMD-WGC<br><br>ORDER |

The Court received a document from George May and directs that it be returned to him.  Pursuant to the Court's order entered on May 30, 2014 (dk. no. 195), George May is precluded from filing any more documents in this closed case.

DATED THIS 20th day of October 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE